PER CURIAM.
Affirmed. See State v. Ecker, 311 So.2d 104 (Fla.1975); Brown v. State, 315 So.2d 534 (Fla. 3d DCA 1975); State v. Blanco, 339 So .2d 1137 (Fla. 2d DCA 1976); Coney v. State, 341 So.2d 238 (Fla. 3d DCA 1976); State v. Stevens, 354 So.2d 1244 (Fla. 4th DCA 1978); Bradley v. State, 356 So.2d 849 (Fla. 4th DCA 1978); DeCastro v. State, 359 So.2d 551 (Fla. 3d DCA 1978); and Lachs v. State, 366 So.2d 1223 (Fla. 4th DCA 1979).